**JURY TRIAL  –     DAY SEVEN**

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: Candy W. Dale	Deputy Clerk: Amy Hickox
Date: 7/25/13	Case No: 1:11-cv-00119-CWD

 DA et al	   Scott Learned and Charlene Quade
		Plaintiff	Attorneys for Plaintiff
vs.

 Meridian Joint School District No. 2 et al 	   Nick Crawford and Elaine Eberharter-Maki
		Defendant	Attorneys for Defendant

WITNESSES:
(X  ) Defendant
1. Continued testimony of Mondae Robinson
2. Bryan Bramlet
3. Jan Hill
4. Jeffrey Davis
5. Nancy Watts
6. Thomas Berry
7. Kathryn 'Kathy' Thornton

EXHIBITS:

| | | |
|---|---|---|
| (X  ) Court | 45 | marked and not given by the Court |
| | 46, 47 | marked and given by the Court. Witness Davis answered. |
| | 48 | marked and given by the Court. Witness Watts answered. |
| | 49, 50 | marked and given by the Court. Witness Berry answered. |
| | 51 | marked and not given by the Court |

8:35 AM
Jury in
Continued testimony of Mondae Robinson
No questions for Witness Robinson.  Witness Robinson excused.

Testimony of Bryan Bramlet
No questions for Witness Bramlet.  Witness Bramlet excused.

Testimony of Jan Hill
No questions for Witness Hill.  Witness Hill excused.

10:35 AM
Recess

10:55 AM
Outside the presence of jury, Court and counsel discussed trial status.

11:00 AM
Jury in
Testimony of Jeffrey Davis
Juror questions (as listed on Court Exhibits 46 & 47) given by the Court. Witness Davis answered. Witness Davis excused.

Testimony of Nancy Watts
Juror questions (as listed on Court Exhibit 48) given by the Court. Witness Watts answered. Witness Watts excused.

Testimony of Thomas Berry
Juror questions (as listed on Court Exhibits 49 & 50) given by the Court. Witness Berry answered. Witness Berry excused.

Testimony of Kathryn 'Kathy' Thornton
No questions for Witness Thornton.  Witness Thornton excused.

12:50 PM
Recess

1:20 PM
Jury in
Court will break early for today due to unavailability of witnesses previously scheduled for Friday.

1:21 PM
Outside the presence of the jury, the Court indicated the jury instruction conference will be conducted at 1:45 PM in MJ Chambers library.  Final objections by counsel, if any, will be placed on the record on 7/25/13.

1:25 PM
The Court recessed for the day. To reconvene 7/25/13 at 8:15 AM with counsel, 8:30 AM with jury present.

Time: 8:35-10:35 AM, 10:55 AM-12:50 PM, 1:20-1:25 PM
Court Reporter: Christie Valcich, Tucker & Associates