UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DIANA and JOSEPH ABRAMOWSKI on behalf of themselves and as legal guardians and parents of MATTHEW ABRAMOWSKI, a minor individual with a disability,<br><br>    Plaintiffs,<br><br>v.<br><br>MERIDIAN JOINT SCHOOL DISTRICT NO. 2; and INDEPENDENT SCHOOL DISTRICT OF BOISE CITY,<br><br>    Defendants. | Case No. 1:11-cv-00119-CWD |

## SPECIAL VERDICT FORM

We, the jury, answer the questions submitted to us in the special verdict as follows:

QUESTION NO. 1: Was Plaintiff, Matthew Abramowski, denied a free and appropriate public education by the Boise School District?

                                                          **ANSWER: YES \_\_\_ NO X**

SPECIAL VERDICT - 1

If you answered "Yes" to Question No. 1, then proceed to Question No. 2. If you answered "No," then go to Question No. 6.

QUESTION NO. 2: Did Defendant Boise School District discriminate against Matthew Abramowski intentionally or with deliberate indifference by failing to provide Matthew with a free and appropriate public education?

ANSWER: YES ___ NO ___

If you answered "Yes" to Question No. 2, then proceed to Question No. 3. If you answered "No," then proceed to Question No. 6.

QUESTION NO. 3: Did Plaintiffs sustain damages as a result of the discrimination by the Boise School District?

ANSWER: YES ___ NO ___

If you answered "Yes" to Question No. 3, then proceed to Questions 4 and 5. If you answered "No," then proceed to Question No. 6.

QUESTION NO. 4: What is the total amount of pecuniary damages sustained by Plaintiffs as a result of discrimination by the Boise School District?

ANSWER: $_____

QUESTION NO. 5: What is the total amount of non-pecuniary damages sustained by Matthew as a result of discrimination by the Boise School District?

ANSWER: $_____

QUESTION NO. 6: Was Matthew denied a free and appropriate public education by the Meridian School District?

**ANSWER: YES ___ NO X**

If you answered "Yes" to Question No. 6, then proceed to Question No. 7. If you answered "No," do not answer the remaining questions and proceed to signing the verdict form.

QUESTION NO. 7: Did the Meridian School District discriminate against Matthew intentionally or with deliberate indifference by failing to provide Matthew with a free and appropriate public education?

**ANSWER: YES ___ NO ___**

If you answered "Yes" to Question No. 7, then proceed to Question No. 8. If you answered "No," do not answer the remaining questions and proceed to signing the verdict form.

QUESTION NO. 8: Did Plaintiffs sustain damages as a result of the discrimination by the Meridian School District?

**ANSWER: YES ___ NO ___**

If you answered "Yes" to Question No. 8, then proceed to Questions 9 and 10. If you answered "No," do not answer the remaining questions and proceed to signing the verdict form.

QUESTION NO. 9: What is the total amount of pecuniary damages sustained by Plaintiffs as a result of discrimination by the Meridian School District?

**ANSWER: $**_____

QUESTION NO. 10: What is the total amount of non-pecuniary damages sustained by Matthew as a result of discrimination by the Meridian School District?

**ANSWER: $**_____

_____

Presiding Juror Signature

SPECIAL VERDICT - 4