# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| D.A. and J.A. on behalf of themselves and as legal guardians and parents of M.A., a minor individual with a disability,<br><br>Plaintiffs,<br><br>vs.<br><br>MERIDIAN JOINT SCHOOL DISTRICT NO. 2; and INDEPENDENT SCHOOL DISTRICT OF BOISE CITY,<br><br>Defendants. | Case No. CV11-119-CWD<br><br>**JUDGMENT ON A JURY VERDICT** |

The above-referenced matter having come before this Court for a jury trial commencing on July 17, 2013, and ending on July 26, 2013, and the jury having rendered a special verdict (Dkt. 127) in favor of Defendants;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** and this does so order, adjudge and decree, that Judgment is hereby entered in favor of the Defendants Meridian Joint School District No. 2 and Independent School District of Boise City on Plaintiffs' Complaint and Amended Complaint, and that the Plaintiffs recover nothing, and the action be dismissed on the merits with prejudice.

Dated: **July 31, 2013**

Honorable Candy W. Dale
United States Magistrate Judge